UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN EDWARD LAW,

    Plaintiff,

v.

JEFFREY GUDAITIS,

    Defendant.

CASE NO. C23-5085-JCC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold (Dkt. No. 9), and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 9).[1]

(2)     This case is dismissed without prejudice.

(3)     Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 3) is DENIED as moot.

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

//

---

[1] Plaintiff filed a letter to the Court. (Dkt. No. 10.) Objections to an R&R must be specific and focus the Court's attention on the parties' dispute. *See Thomas v. Arn*, 474 U.S. 140, 147 (1985). Here, the Court need not consider Plaintiff's arguments in his letter because he fails to make any specific objections to the R&R. (*See* Dkt. No. 10.)

ORDER ADOPTING REPORT AND RECOMMENDATION - 1
C23-5085-JCC-GJL

DATED this 21st day of June 2023.

JOHN C. COUGHENOUR
United States District Judge